NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WILMER CRUZ,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

_____

2013-3083

_____

Petition for review of a arbitrator's decision in No. AR-11-16, by Louise B. Wolitz.

_____

**ON MOTION**

_____

**O R D E R**

The Department of Homeland Security moves for extensions of time, until July 1, 2013, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

WILMER CRUZ v. DHS                                                2

                                        FOR THE COURT

                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s27